IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 26-cv-00884-CYC

JOSE LUIS GUERRERO LIMON,

    Petitioner,

v.

JUAN BALTASAR, Warden, Denver Contract Detention Facility (Aurora), in his official capacity;
ROBERT HAGAN, Director of Denver Field Office, U.S. Immigration and Customs Enforcement, in his official capacity;
KRISTI NOEM, Secretary, U.S. Department of Homeland Security, in her official capacity;
PAMELA BONDI, U.S. Attorney General, in her official capacity; and
TODD M. LYONS, Acting Director U.S. Immigration and Customs Enforcement, in his official capacity,

    Respondents.

## ORDER TO SHOW CAUSE

**Cyrus Y. Chung, United States Magistrate Judge.**

This matter is before the Court on the Petition for Writ of Habeas Corpus ("Petition"), ECF No. 1, filed by Petitioner Juan Luis Guerrero Limon ("Petitioner"). The Petitioner is currently detained at the Denver Contract Detention Facility in Aurora, Colorado, which is under the custody and control of the respondents. ECF No. 1 ¶¶ 1, 16, 18–19, 23–28. He seeks a Court order instructing the respondents to release him or, in the alternative, to provide him with a bond hearing. *Id*. at 17 and ¶¶ 11–12. He also seeks legal costs and fees. *Id.* at 17.

Upon review of the Petition, it is hereby ORDERED that, **on or before March 9, 2026**, the Petitioner shall serve the respondents with the Petition and this Order to Show Cause. Within **48 hours** of serving the respondents, the Petitioner shall file proof of service

1

on the docket, and counsel for the respondents shall promptly enter their notices of appearance.

It is further ORDERED that, **on or before March 17, 2026**, the respondents shall **SHOW CAUSE** why the Petition shall not be granted. *See, e.g., Florez Marin v. Baltazar*, No. 25-cv-03697-PAB, ECF No. 5 at 1 (Nov. 19, 2025); *Yassine v. Collins*, No. 1:25-cv-00786-ADA-SH, 2025 WL 1954064, at *1 (W.D. Tex. July 7, 2025) (explaining that while § 2243 refers to a three day deadline, this requirement is "subordinate to the district court's authority to set deadlines" itself, and granting respondents a fourteen day deadline to respond in order to "give [r]espondents adequate time to brief the issues" (quotations omitted)). It is further ORDERED that the Petitioner may file a reply **on or before March 24, 2026**.

It is further ORDERED that, pursuant to D.C.COLO.LCivR 40.1(c)(4), the deadline to file the Consent/Non-Consent to United States Magistrate Judge Jurisdiction form, ECF No. 4, is **March 17, 2026**.

Entered and dated this 5th day of March, 2026, at Denver, Colorado.

BY THE COURT:

_____
Cyrus Y. Chung
United States Magistrate Judge